Barbara Arnold, Esq.
California Bar No. 274487 *pro hac vice*
Law Office of Barbara Arnold
825 Washington Street, Suite 307
Oakland, CA 94607
Tel: 510-984-2992
Email: ba@barbaraarnoldlegal.com
Attorney for Plaintiff Nancy L. Coggeshall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY L. COGGESHALL,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:17-CV-01299-KJD-NJK<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR REVERSAL AND/OR REMAND AND SUPPORTING MEMORANDUM |

1. Pursuant to Order entered on July 11, 2017, Plaintiff's Motion for Summary Judgment and/or Remand is due to be filed on August 10, 2017.

2. Due Plaintiff's counsel experiencing a bereavement followed by an illness, Plaintiff requests extension of deadline on an additional thirty (30) days, to September 11, 2017, being the next business day after the expiration of the extension of time.

3. Plaintiff's counsel has notified the Defendant, through counsel, of this request, and Defendant has consented to the proposed extension of deadline as indicated by signature of Defendant's counsel below.

1

WHEREFORE, the parties agree that Plaintiff's Motion for Reversal and/or Remand, with memorandum of law in support of same, shall be filed on or before September 11, 2017:

Respectfully Submitted,

Dated: August 8, 2017

/s/ *Geralyn Gulseth for Hay-Mie Cho*
HAY-MIE CHO
Social Security Administration Office of the General Counsel

for MARK E WOOLF
U.S. Attorney's Office
Attorneys for Defendant

Respectfully Submitted,

Dated: August 8, 2017

/s/ *Barbara Arnold*
BARBARA ARNOLD
Attorney for Plaintiff

Dated: August 8, 2017

/s/ *Leonard Stone*
Leonard Stone
Attorney for Plaintiff

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2017