# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY COGGESHALL,<br><br>　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No. 2:17-cv-01299-KJD-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (#30) of Magistrate Judge Nancy Koppe, recommending that Plaintiff's Motion for Summary Judgment (#18) be denied, and Defendant's Cross-Motion to Affirm (#22) be granted. Defendant timely filed objections to the Magistrate Judge's Report and Recommendation (#31) pursuant to Local Rule IB 3-2.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines the Report and Recommendation (#30) of the United States Magistrate Judge entered February 20, 2018, should be **ADOPTED**

and **AFFIRMED**. Plaintiff's Motion for Summary Judgment (#18) is **DENIED**, and Defendant's Cross-Motion to Affirm (#22) is **GRANTED**.

Dated this 1st day of May, 2018.

_____
Kent J. Dawson
United States District Judge