# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NANCY COGGESHALL,

      Plaintiff(s),

v.

NANCY A. BERRYHILL,

      Defendant(s).

Case No. 2:17-cv-01299-KJD-NJK

**ORDER**

The Ninth Circuit issued a memorandum disposition concluding that the ALJ erred with respect to the consideration of the opinion of Dr. Gisler and that a later award of benefits to Plaintiff as not easily reconcilable on the record before the Ninth Circuit.  Docket No. 42 at 2-4. The Ninth Circuit reversed and remanded for further proceedings, while also declining to remand with direction to calculate and pay benefits.  *Id.* at 4.  Mandate was issued, Docket No. 43, and was ordered spread upon the records of this Court, Docket No. 46.

No further action has been taken in this case since that time.   Accordingly, the parties must, by May 10, 2024, file either (1) a joint report regarding the status of the case, including identifying any proceedings that remain in this Court and, if necessary, a proposed schedule for any further motion practice in this Court, or (2) a stipulation to remand the matter to the ALJ for further proceedings.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge