UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY COGGESHALL, | Case No. 2:17-cv-01299-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, et al., | |
| Defendants. | |

On June 9, 2022, the Ninth Circuit issued a memorandum disposition concluding that the ALJ erred with respect to the consideration of the opinion of Dr. Gisler and that a later award of benefits to Plaintiff was not easily reconcilable on the record before the Ninth Circuit. (#42, at 2-4). The Ninth Circuit reversed and remanded for further proceedings, while also declining to remand with direction to calculate and pay benefits. Id. at 4. Subsequently, the mandate was issued (#43) and was ordered spread upon the records of this Court. (#46). However, since no further action was taken in the case, Magistrate Judge Koppe ordered the parties to file a joint report regarding the status of the case or a stipulation to remand the matter to the ALJ for further proceedings. (#47).

Recently, Defendant O'Malley filed a status report notifying the Court that he has been unable to reach counsel for Plaintiff after repeated attempts. (#48, at 1). In addition, Defendant mentioned that "[f]urther administrative proceedings took place, and an administrative law judge rendered a decision on Plaintiff's claim on April 26, 2024," adding that "[n]o further proceedings remain before this Court." Id. at 2. Accordingly, as there are no remaining matters for adjudication in this case, **IT IS HEREBY ORDERED** that the Clerk of the Court **CLOSE** the case.

Dated this 16th day of May 2024.

Kent J. Dawson
United States District Judge